UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No: 1:11-cv-234

| | | |
|---|---|---|
| **HARLEYSVILLE MUTUAL INSURANCE COMPANY,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **MOTION TO DISMISS**<br>Rule 12(b)(6) |
| **WILLIAM G. GRAY,** | ) ) ) | |
| Defendant. | ) | |

NOW COMES Defendant William G. Gray, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and moves the Court to dismiss the Complaint on the grounds that the Complaint fails to state a claim upon which relief can be granted as to this answering Defendant.

THIS the 20th day of December, 2011.

/s/ John C. Cloninger
N.C. State Bar 9752
*Attorney for Defendant*
CLONINGER, BARBOUR, SEARSON & JONES PLLC
21 Battery Park Avenue, Suite 201
Asheville, NC 28801
Phone: (828) 252-5555
Facsimile: (828) 232-9158
Email: jack@lawyersasheville.com

## CERTIFICATE OF SERVICE

I hereby certify that on **December 20, 2011**, a copy of the foregoing **Motion to Dismiss** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Brady A. Yntema
David L. Brown
Pinto, Coates, Kyre & Brown, PLLC
3203 Brassfield Road
Greensboro, NC 27410
Telephone: (336) 282-8848
Facsimile: (336) 282-8409
byntema@pckb-law.com
dbrown@pckb-law.com

*Attorneys for Plaintiff*

*COPY TO:* Michael R. Nelson
P.A. State Bar# 65679
Nelson, Levine, deLuca & Horst
518 East Township Line Road
Suite 300
Blue Bell, PA 19422

s/ John C. Cloninger