# United States District Court
## For The Western District of North Carolina
## Asheville Division

Harleysville Mutual Insurance Company ,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                              1:11-cv-00234

William G. Gray ,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/2/12 Memorandum of Decision and Order.

                                                Signed: July 2, 2012

*/s/ Frank G. Johns*
Frank G. Johns, Clerk
United States District Court